# FOSTER & BREVER, PLLC
## ATTORNEYS AT LAW

THOMAS E. BREVER (612) 436-3291
ROBERT J. FOSTER (612) 436-3290

ERIC BREVER (612) 436-3294

September 25, 2006

Hon. Magistrate Judge Jeanne J. Graham
U. S. District Court
700 Federal Building 1890
316 N. Robert Street
St. Paul, MN 55101

RE: New Hong Kong Buffet, Inc. v. IRS
Civil No. 06-1546 (PJS/JJG)

Dear Judge Graham:

We are writing to convey the agreement of counsel to have the Court enter a discussion on Defendant's Motion for Summary Judgment in the above-captioned case based on the Motions and Affidavits filed without holding a hearing and oral argument thereon. Ms. Genis, counsel for the United States, expressed this request to me telephonically on September 25, 2006, and I concur in this procedure. Counsel are agreed that no hearing or further argument should be required for the Court to enter a discussion on the Motion.

Sincerely,

Thomas E. Brever

TEB/skb

cc:   Ms. Pat Genis, Esq.